UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **FRANK BOERSMA** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: 1:21-CV-00295-TSE-IDD |
| | : |
| **AMAZON DATA SERVICES, INC.** | : |
| formerly **VADATA, INC.** | : |
| | : |
| Defendant. | : |
| | : |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Frank Boersma and Defendant Amazon Data Services, Inc. formerly VADATA, Inc. ("ADS"), by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action is voluntarily dismissed with prejudice against ADS.

Dated: August 24, 2021

| | |
|---|---|
| _/s/ Zach Miller_____ | __/s/ Jason Schwartz_____ |
| Zach Miller, Esq. | Jason C. Schwartz (VSB 43635) |
| MCCLANAHAN POWERS, PLLC | Katherine Maddox Davis (VSB 89104) |
| 8133 Leesburg Pike, Suite 130 | Gibson, Dunn & Crutcher LLP |
| Vienna, VA 22182 | 1050 Connecticut Avenue, N.W. |
| Telephone: (703) 520-1326 | Washington, DC 20036 |
| Facsimile:  (703) 828-0205 | Phone: (202) 955-8242 |
| Email: zmiller@mcplegal.com | Fax: (202) 530-9522 |
| *Counsel for Plaintiff* | jschwartz@gibsondunn.com |
| | kdavis@gibsondunn.com |
| | |
| | Christopher D. Belelieu (*pro hac vice*) |
| | Gibson, Dunn & Crutcher LLP |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Phone: (212) 351-3801 |
| | Fax: (212) 817-9301 |
| | cbelelieu@gibsondunn.com |
| | *Counsel for Defendant* |