UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FRANK BOERSMA | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: 1:21-CV-00295-TSE-IDD |
| | : |
| AMAZON DATA SERVICES, INC. | : |
| formerly VADATA, INC. | : |
| | : |
| Defendant. | : |
| | : |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Frank Boersma and

Defendant Amazon Data Services, Inc. formerly VADATA, Inc. ("ADS"), by and through their

undersigned counsel, hereby stipulate and agree that the above-captioned action is voluntarily

dismissed with prejudice against ADS.

Dated: August 24, 2021

_/s/ Zach Miller_

Zach Miller, Esq.
MCCLANAHAN POWERS, PLLC
8133 Leesburg Pike, Suite 130
Vienna, VA 22182
Telephone: (703) 520-1326
Facsimile: (703) 828-0205
Email: zmiller@mcplegal.com
*Counsel for Plaintiff*

_/s/ Jason Schwartz_

Jason C. Schwartz (VSB 43635)
Katherine Maddox Davis (VSB 89104)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Phone: (202) 955-8242
Fax: (202) 530-9522
jschwartz@gibsondunn.com
kdavis@gibsondunn.com

Christopher D. Belelicu (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Phone: (212) 351-3801
Fax: (212) 817-9301
cbelelicu@gibsondunn.com
*Counsel for Defendant*

So Ordered

8/24/21

T. S. Ellis, III
United States District Judge